**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6891**

———————

JOSEPH F. CONDEM,

Petitioner - Appellant,

versus

JOYCE K. CONLEY,

Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Charles H. Haden II, Chief District Judge.  (CA-01-325-5)

———————

Submitted:  October 18, 2001          Decided:  October 25, 2001

———————

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph F. Condem, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph F. Condem appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record, the magistrate judge's report and recommendation, and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court and magistrate judge.  See Condem v. Conley, No. CA-091-325-5 (S.D.W. Va. May 17, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED